8:20-mj-00625

FINDING RE PROBABLE CAUSE

On 9/11/2020, at 6:15 a/**p.m**, Agent Kevin Novick of the Drug Enforcement Administration attested in accordance with the requirements of Fed. R. Crim P. 4.1 by telephone regarding the probable cause arrest of defendant JUAN LUIS TIRADO LOAIZA, occurring on September 10, 2020, at Cypress, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/does not exist probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ ✓ / It is ordered that defendant JUAN LUIS TIRADO LOAIZA be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on 9/14/2020.

/____/ It is ordered that defendant JUAN LUIS TIRADO LOAIZA be discharged from custody on this charge forthwith.

DATED: 9/11/2020, at 6:20 a.m./**p.m**

_Patricia Donahue_
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE